**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RONALD ROBINSON,** | § | |
| **Individually and on behalf of others** | § | |
| **similarly situated,** | § | |
| | § | **Civil Action No. 5:16-cv-201** |
| ***Plaintiff,*** | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **RWLS, LLC D/B/A RENEGADE** | § | |
| **SERVICES, MATTHEW GRAY AND** | § | |
| **RANDY CASSADY,** | § | |
| | § | **COLLECTIVE ACTION** |
| ***Defendants*** | § | **PURSUANT TO 29 U.S.C. § 216(b)** |

**PLAINTIFFS' NOTICE OF FILING ADDITIONAL CONSENTS**

Plaintiff hereby files the following Notice of Filing Additional Consents in connection with the above-entitled and numbered action, and in support attaches the following consent as Exhibit A:

1. Exhibit A – Dustin Smith

Respectfully submitted,

/s/ *Jack Siegel*

**J. DEREK BRAZIEL**
*Co-Attorney in Charge*
Texas Bar No. 00793380
**J. FORESTER**
Texas Bar No. 24087532
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**JACK SIEGEL**
*Co-Attorney in Charge*
Texas Bar No. 24070621
Siegel Law Group PLLC
10440 N. Central Expy.
Suite 1040
Dallas, Texas 75231
(214) 706-0834 phone
(469) 339-0204 fax
www.siegellawgroup.biz

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a copy of the foregoing on July 12, 2016 and that the Court's Electronic Filing System will provide notice of this filing to counsel of record for all parties.

_/s/ *Jack Siegel*___________
**JACK SIEGEL**