**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RONALD ROBINSON, Individually and on behalf of all others similarly situated; BRYANT ROBERSON, CHRIS MARTINEZ, DANIEL BUSCH, FABIAN TREVINO, BTYCE GOLIGHTLY, DUSTIN SMITH, LEON SHOREY, RYAN WAYGOOD, DUSTIN DAVENPORT, WILLIAM LEWIS, SHAWN COLLIER, LUIS ZARAGOZA,** | * * * * * * * * * * * | |
| Plaintiffs, | * * | CIVIL NO. SA-16-CA-00201-OLG |
| v. | * * | |
| **RWLS, LLC, D/B/A Renegade Services; MATTHEW GRAY, RANDY CASSIDY, GRAY MATTHEW,** | * * * * | |
| Defendants. | * | |

**O R D E R**

On this day came on to be considered plaintiffs' Objection to Memorandum and Recommendation Regarding Plaintiffs' Motion for Equitable Tolling. (Docket no. 74). On February 9, 2017, in light of the Joint Stipulation Regarding Applicable Date in Conditional Certification (docket no. 71), the Court dismissed plaintiffs' motion as moot. This dismissal was in error. The Court apologizes for its mistake. The District Clerk is **DIRECTED** to reinstate plaintiffs' motion for equitable tolling (docket no. 65) as an active motion on the docket.

It is so **ORDERED.**

**SIGNED** this February 13, 2017

_____
**JOHN W. PRIMOMO**
**UNITED STATES MAGISTRATE JUDGE**