# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| RONALD ROBINSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RWLS, LLC, d/b/a RENEGADE SERVICES, MATTHEW GRAY, and RANDY CASSADY, <br><br> Defendants. | C.A. No. 5:16-cv-00201-OLG-RBF |

## NOTICE OF VOLUNTARY DISMISSAL OF HUGO PENA-MACIAS

Plaintiff files this voluntary dismissal, without prejudice, of Plaintiff Hugo Pena-Macias pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff does not require or request a court order because Rule 41(a)(1)(A)(1) requires no such request or order. Plaintiffs do not seek dismissal of any other Parties in this case.

Respectfully submitted,

*/s/ J. Derek Braziel*
**J. DEREK BRAZIEL**
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**TRAVIS GASPER**
Texas Bar No. 24096881
gasper@l-b-law.com
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
jdbraziel@l-b-law.com

**JACK SIEGEL**
Texas Bar No. 24070621

**SIEGEL LAW GROUP PLLC**

2820 McKinnon, Suite 5009
Dallas, Texas 75201
P: (214) 790-4454
www.4overtimelawyer.com

**CLIF ALEXANDER**
Texas Bar No. 24064805
**ANDERSON2X, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 452-1279 phone
(361) 452-1284 fax
www.a2xlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system as of the date file-stamped thereon.

*/s/J. Derek Braziel*
**J. DEREK BRAZIEL**