UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 27 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| RONALD ROBINSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RWLS, LLC, d/b/a RENEGADE SERVICES, MATTHEW GRAY, and RANDY CASSADY,<br><br>*Defendants*. | No. 5:16-cv-00201-OLG-RBF |

## ORDER

On this day, the Court considered the status of the above-captioned action. The Court has been advised that the parties recently held a conference with United States Magistrate Judge Richard B. Farrer and that the parties and Judge Farrer agree that mediation in this case may be productive. The Court has also been advised that United States Magistrate Judge Elizabeth S. Chestney has agreed to conduct the parties' mediation.

In light of this information, the Court believes that the parties shall proceed in a good faith effort to resolve this case through mediation.[1] The parties are reminded that all proceedings in a mediation session are confidential and privileged from discovery. Following the mediation, the mediator will advise the Court, in writing, whether the case did or did not settle. No other information concerning the mediation will be given to the Court by the mediator or any other party.

---

[1] To be clear, mediation is not a substitute for trial, and the case will be tried if the parties cannot reach a settlement.

Accordingly, and consistent with the information set forth above, it is hereby **ORDERED** that the case is **REFERRED TO MEDIATION** with United States Magistrate Judge Elizabeth S. Chestney.

It is so **ORDERED**.

SIGNED this 29 day of October, 2018.

ORLANDO L. GARCIA
Chief United States District Judge