IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RONALD ROBINSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; BRYANT ROBERSON, CHRIS MARTINEZ, DANIEL BUSCH, FABIAN TREVINO, BTYCE GOLIGHTLY, DUSTIN SMITH, LEON SHOREY, RYAN WAYGOOD, DUSTIN DAVENPORT, WILLIAM LEWIS, LUIS ZARAGOZA, CHRISTOPHER ARREZOLA, NOE BENAVIDES, KEVIN BRUTON, WILLIAM GARY COOK, ELMER ANDREW HOLLAND JR., JORDAN MILLER, BRYAN S. MUNSEY, JOSHUA RYAN, CHRISTOPHER S. SMITH, DUSTIN SMITH, MICHAEL WOMACK, DANIEL DEAUGUSTINE, CHRISTOPHER BERRY, JOHN W. SOULES III, *Plaintiffs*, vs. RWLS, LLC, D/B/A RENEGADE SERVICES; MATTHEW GRAY, RANDY CASSIDY, GRAY MATTHEW, *Defendants.* | § | SA-16-CV-00201-OLG |

**ORDER REGARDING MEDIATION STATUS**

Before the Court is the above-styled cause of action, which is a collective action under the Fair Labor Standards Act. This collective action was referred to the undersigned on October 27, 2018 for mediation [#140]. On December 13, 2018, Plaintiffs and Defendants and their attorneys appeared and mediated the case. On the following day, the undersigned advised the District Court that the case had settled in mediation [#146]. Since then, the parties have requested subsequent teleconferences be scheduled to allow them time to resolve certain

1

outstanding issues. The undersigned held another such conference on May 13, 2019, at which the parties provided updates on their progress but also informed the Court that certain outstanding issues remain. In light of the foregoing, the Court enters the following:

**IT IS ORDERED** that the parties **FILE** a **JOINT ADVISORY** on or before **May 29, 2019** that notifies the Court: (1) that all remaining issues have been resolved and settlement paperwork will be filed within 30 days; (2) that the case needs to be reopened to proceed to trial; or (3) that the parties desire to reopen the mediation conference.

**IT IS SO ORDERED.**

SIGNED this 14th day of May, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE