IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RONALD ROBINSON, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No: 5:16-cv-00201-OLG-RBF ) |
| RWLS, LLC D/B/A RENEGADE SERVICES, MATTHEW GRAY AND RANDY CASSADY, | ) ) ) ) |
| Defendant. | ) ) ) |

## JOINT ADVISORY NOTIFYING THE COURT OF SETTLEMENT

Plaintiffs and Defendants, pursuant to the Order Regarding Mediation Status issued by the Honorable Elizabeth S. ("Betsy") Chestney on May 14, 2019 [ECF 156], file the within joint advisory, stating as follows:

1. On May 13, 2019, the parties participated in a status conference with the Honorable Elizabeth S. ("Betsy") Chestney regarding the status of settlement negotiations and issues among the parties in the above referenced case.

2. During the status conference, and pursuant to the subsequent Order Regarding Mediation Status [ECF 156], Judge Chestney ordered the parties to file a joint advisory notifying the court on or before May 29, 2019: (1) that all remaining issues have been resolved and settlement paperwork will be filed within 30 days; (2) that the case needs to be reopened to proceed to trial; or (3) that the parties desire to reopen the mediation conference—which during the status conference, the Court indicated availability for in-person mediation during the latter part of the week of June 17, 2019.

3. The parties reached settlement terms and will file a motion asking the court to enter an order finally approving the same within 30 days hereof.

WHEREFORE, the parties respectfully notify this Honorable Court of a settlement and will file a motion asking the court to enter an order finally approving the same within 30 days hereof.

Date: May 28, 2019

*/s/ Jack Siegel*
Jack Siegel
Texas Bar No. 24070621
jack@siegellawgroup.biz
**SIEGEL LAW GROUP PLLC**
2820 McKinnon Street, Suite 5009
Dallas, Texas 75201
Phone: 214-790-4454
www.4overtimelawyer.com

J. Derek Braziel
Texas Bar No. 00793380
jdbraziel@l-b-law.com
Travis Gasper
Texas Bar No. 24096881
gasper@l-b-law.com
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, TX 75202
(214) 749-1400 (phone)
(214) 749-1400 (phone)
(214) 749-1010 (fax)
www.overtimelawyer.com

Clif Alexander
Texas Bar No. 24064805
clif@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 452-1279 (phone)

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Christian C. Antkowiak*
Christian C. Antkowiak (PA 209231)
christian.antkowiak@bipc.com
Curtis M. Schaffner (PA 311274, *pro hac*)
curtis.schaffner@bipc.com
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Phone: 412-562-8800
Fax:    412-562-1041

Brian S. Walsh (TX 24045276)
The Law Offices of Brian S. Walsh
516 Ave. H
Levelland, Texas 79336
Phone: 806-894-1541
Fax: 806-894-1543

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a copy of the foregoing and that the Court's Electronic Filing System will provide notice of this filing to counsel of record for all parties.

*/s/ Christian C. Antkowiak*
Christian C. Antkowiak
